**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.:

BRIAN BARNHOLDT and PATRICIA BARNHOLDT,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**NOTICE OF REMOVAL**

---

Defendant State Farm Fire and Casualty Company ("State Farm), through counsel, Gordon Rees Scully Mansukhani, LLP, submits this Notice of Removal to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441 and 1446 and D.Colo.LCivR 81.1.

1.    The above action was filed in the District Court, Mesa County, Colorado, and is now pending before that Court.  A copy of the Complaint and Jury Demand is attached as **Exhibit A**.  A copy of the Civil Case Cover Sheet is attached as **Exhibit B**. A copy of the Summons is attached as **Exhibit C**.  A copy of the Return of Service on State Farm is attached as **Exhibit D**.  No other filings have occurred in the state court case.

2.    Plaintiffs filed their Complaint in the Mesa County District Court, Colorado on Mach 27, 2026.  Exhibit A.  Plaintiffs assert claims for breach of contract, bad faith

breach of contract, and violation of C.R.S. §§ 10-3-1115 and 1116.  *See id.*, *generally*.

3. State Farm was served with a copy of the Complaint on April 1, 2026.  *See* Ex. D.

4. State Farm now files this Notice of Removal within 30 days of April 1, 2026 as provided by 28 U.S.C. § 1446(b)(3).

5. "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

6. "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds a sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."  28 U.S.C. § 1332(a)(1).

7. Diversity jurisdiction exists in this matter.  Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00.

8. Plaintiffs are citizens of Colorado.  As alleged in the Complaint, as of the date of filing the Complaint in March 2026, Plaintiffs are residents of the State of Colorado. *See* Ex. A at ¶ 1.  The Plaintiffs own premises that are the subject of the Complaint, located in Mesa County, Colorado. Ex. A at ¶ 9. The Plaintiffs have owned the premises since August 2005, as evidenced by publicly-available online records from the Mesa

County Assessor's office.[1] An individual's state citizenship is equivalent to domicile, and domicile is established by one's physical presence in a state with intent to remain there. *See Smith v. Cummings*, 445 F.3d 1254, 1260 (10th Cir. 2006). The fact that Plaintiffs have resided in the State of Colorado since at least August 1998 shows that the state of their residency is also the state of their citizenship as there is an apparent intent to remain in Colorado. *See Smith, supra.* The "totality of the circumstances" determines domicile. *Middleton v. Stephenson,* 749 F.3d 1197, 1200-01 (10th Cir. 2014). Factors typically considered as to domicile include the situs of personal and real property. *Dumas v. Warner Literary Grp*., No. 16-cv-00518-RM-NYW, 2016 WL 10879185, at *2 (D. Colo. Apr. 29, 2016). Here, the above matters indicate Plaintiffs' residence in Colorado with an intent to remain here.

10.     Defendant State Farm is an Illinois corporation with its principal place of business in Bloomington, Illinois. *See* State Farm's listing with the Colorado Secretary of State business search website.[2]

11.     Complete diversity exists among the Plaintiffs and Defendant pursuant to 28 U.S.C. § 1332(c)(1).

12.     The amount in controversy exceeds $75,000.00. Plaintiffs certify that they

---

[1] *See* Warranty Deed, August 5, 2005, from R. Rex Construction Inc. to Brian A. Barnholdt and Patricia L. Barnholdt , available at: https://landmark.mesacounty.us/Landmarkweb//search/DocumentBy?ClerkFileNumber=2267573.

[2] From a search for State Farm Fire and Casualty Company, at https://www.coloradosos.gov/biz/BusinessEntityDetail.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&masterFileId=19871002031&entityId2=19871002031&fileId=19871002031&srchTyp=ENTITY. The Court may also take judicial notice of this information pursuant to Fed.R.Evid. 201(b)(2).

are seeking judgment in excess of $75,000 on the Civil Case Cover Sheet submitted with the Complaint. **Exhibit B**; *Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016).

13.    Removal has been sent to all other parties in this action and has been filed with the state court clerk's office.  No hearing has been set in the state court case.

14.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon State Farm are also submitted.

15.    Pursuant to D. Colo.LCiv.R 5(a)(2)(C), the undersigned hereby certifies that they are members in good standing of the bar of the Court.

Dated April 22, 2026.

**GORDON REES SCULLY
MANSUKHANI, LLP**


 *s/ Katherine K. Kust*
Katherine K. Kust
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
kkust@grsm.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

- 4 -

- 5 -

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, and a copy was served on below counsel by electronic mail this 22nd day of April 2026.

Brandee B. Bower
Cohen Law Group
3773 Cherry Creek North Drive, Suite 801
Denver, CO 80209
bbower@itsaboutjustice.law

_s/ Lisa Riggenbach_
For Gordon Rees Scully Mansukhani, LLP